1

2

3

4          **UNITED STATES DISTRICT COURT**

5          **DISTRICT OF NEVADA**

6

7    UNITED STATES OF AMERICA,                    )
                                                  )
         Plaintiff,                               )
8                                                 )          3:13-cr-00012-RCJ-WGC-1
         vs.                                      )
9                                                 )
     VERNON MCCULLUM, III,                        )          **ORDER**
10                                                )
         Defendant.                               )
11   _____             )

12

13          Pursuant to a plea agreement with the United States, Defendant Vernon McCullum, III

14   pled guilty in this Court to count five of the Superseding Indictment for transportation of a minor

15   in interstate commerce for prostitution or other illegal sexual activity.  The Court sentenced

16   Defendant to 168 months imprisonment, to be followed by lifetime supervised release.

17   Defendant petitioned the Court to vacate, set aside, or correct his sentence under 28 U.S.C.

18   § 2255 based upon trial counsel's failure to appeal certain issues.  The Court denied the petition,

19   finding that the claim was both procedurally defaulted and without merit.

20          Defendant then simultaneously filed a notice of appeal with the Court of Appeals and a

21   motion for a certificate of appealability in this Court pursuant to § 2253.  The Court denied the

22   motion, and the Court of Appeals denied a similar motion.  Defendant asked the Court to

23   reconsider under Civil Rule 59(e).  The Court declined to reconsider for three reasons.  First, the

24   motion was untimely.  *See* Fed. R. Civ. P. 59(e) (providing twenty-eight days after the entry of an

25   order to request reconsideration); Rules Gov'g § 2255 Proc'gs 12 (providing that the Civil Rules

apply in § 2255 proceedings where not inconsistent with statute or the § 2255 Rules).  Second, the motion was without merit.  Defendant reargued the same points the Court had previously rejected.  Third, the Court was bound to deny the motion, because the Court of Appeals had denied an identical motion.  Defendant has asked the Court to reconsider again.  The Court will not entertain a successive motion to reconsider.

### CONCLUSION

IT IS HEREBY ORDERED that the Motion for Reconsideration (ECF No. 155) is DENIED.

IT IS SO ORDERED.

Dated this 9th day of January, 2015.

_____
ROBERT C. JONES
United States District Judge